UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HERIBERTO TORIBIO-RUIZ,<br><br>                    Petitioner,<br>v.<br>ISIDRO BACA et. al.,<br><br>                    Respondents. | Case No. 3:14-cv-00492-MMD-WGC<br><br>ORDER |

Petitioner having filed a motion for extension of time to file notice of representation (dkt. no. 10), and good cause appearing, it is therefore ordered that petitioner's motion for extension of time to file notice of representation (dkt. no. 10) is granted. The Federal Public Defender shall have through March 4, 2015, to undertake direct representation of petitioner or to indicate to the Court his inability to represent petitioner in these proceedings.

DATED THIS 3rd day of February 2015.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE