UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| HERIBERTO TORIBIO-RUIZ,<br><br>Petitioner,<br>v.<br><br>ISIDRO BACA et. al.,<br><br>Respondents. | Case No. 3:14-cv-00492-MMD-WGC<br><br>ORDER |

Respondents have filed a motion for waiver of compliance with LR IA 10-3. (ECF No. 54.)  The Court grants this motion.

Petitioner has filed an unopposed motion for an enlargement of time (first request). (ECF No. 55.) The Court grants this motion.

It is therefore ordered that respondents' motion for waiver of compliance with LR IA 10-3 (ECF No. 54) is granted.

It is further ordered that petitioner's unopposed motion for an enlargement of time (first request) (ECF No. 55) is granted. Petitioner will have through December 7, 2016, to file and serve a response to the motion to dismiss (ECF No. 40).

DATED THIS 8th day of November 2016.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE