# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HERIBERTO TORIBIO-RUIZ,<br><br>　　　　　　Petitioner,<br>　v.<br><br>ISIDRO BACA, *et al.*,<br><br>　　　　　　Respondents. | Case No. 3:14-cv-00492-MMD-WGC<br><br>ORDER |

Petitioner filed an unopposed motion for extension of time (first request) (ECF No. 74). The Court finds good cause to grant the motion.

It is therefore ordered that Petitioner's unopposed motion for extension of time (first request) (ECF No. 74) is granted. Petitioner will have up to and including February 28, 2020, to file a response to the renewed motion to dismiss (ECF No. 73).

DATED THIS 9th day of January 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE