UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| HERIBERTO TORIBIO-RUIZ, | Case No. 3:14-cv-00492-MMD-WGC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| ISIDRO BACA, *et al.*, | |
| Respondents. | |

Petitioner Heriberto Torbio-Ruiz has filed an unopposed motion for extension of time (second request). (ECF No. 78.) The Court finds good cause to grant the motion.

It is therefore ordered that Petitioner's unopposed motion for extension of time (second request) (ECF No. 78) is granted. Petitioner will have up to and including March 31, 2020, to file a response to the renewed motion to dismiss (ECF No. 73).

DATED THIS 2nd day of March 2020.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE