UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| HERIBERTO TORIBIO-RUIZ,<br><br>Petitioner,<br>v.<br><br>ISIDRO BACA, *et al.*,<br><br>Respondents. | Case No. 3:14-cv-00492-MMD-WGC<br><br>ORDER |

Petitioner has filed an unopposed motion for extension of time (first request) (ECF No. 84). The Court finds good cause to grant the motion.

It is therefore ordered that Petitioner's unopposed motion for extension of time (first request) (ECF No. 84) is granted. Petitioner will have up to and including December 28, 2020, to file a reply to the answer (ECF No. 83).

DATED THIS 19th day of October 2020.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE